UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| DARIAN TOWNES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV420-250 |
| | ) | |
| CARE TREATMENT WARDEN PINERO, *et al.*, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Before the Court is plaintiff Darian Townes' motion for leave to proceed *in forma pauperis*. Doc. 2. The motion is fully inadequate as the only relevant information provided beyond plaintiff's signature is his place of incarceration. *Id*. Plaintiff is **DIRECTED** to supplement his motion within thirty days of this Order to provide all requested financial information. Absent a response, the Court may deny the motion and recommend the dismissal of this case. The Clerk of Court is **DIRECTED** to include with this Order a copy of the Short Form Application to Proceed in District Court without Prepaying Fees or Costs (AO240).

**SO ORDERED**, this 14th day of October, 2020.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA